JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 21 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER RODRIGUEZ, ) | Case No. EDCV 09-2259 RNB |
| Plaintiff, ) | |
| vs. ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: September 21, 2010

*/s/ Robert N. Block*

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE